JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation;<br><br>    Plaintiff,<br><br>    vs.<br><br>NORDSTROM, INC., a Washington Corporation; WILSTER APPAREL GROUP, LLC, a California Limited Liability Company; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01226-R-E<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>Honorable Manuel L. Real |

## **ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated:   November 6, 2015

_____
The Honorable Manuel L. Real

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28